IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRISTIE JORDAN,                         :
                    Plaintiff,           :
                    v.                   : Case No. 3:20-cv-67-KRG-KAP
UPMC, FBI, PENELEC, CITY OF              :
ALTOONA, DEPARTMENT OF HOMELAND          :
SECURITY, and AT&T,                      :
                    Defendants           :

## Order

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on April 14, 2020, recommending that if plaintiff did not file a complaint that could be screened within 14 days the matter be dismissed for failure to prosecute.

Plaintiff was notified at her given address that pursuant to 28 U.S.C. § 636(b)(1), she had fourteen days to file written objections to the Report and Recommendation.

Plaintiff has not filed timely objections, nor has she filed a complaint for screening.

After review of the record of this matter and the Report and Recommendation under the "reasoned consideration" standard, see EEOC v. City of Long Branch, 866 F.3d 93, 100 (3d Cir.2017)(standard of review when no timely and specific objections are filed), the following order is entered:

AND NOW, this _13th_ day of May 2020, it is

ORDERED that this matter is dismissed without prejudice for failure to prosecute. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.


BY THE COURT:

KIM R. GIBSON
UNITED STATES DISTRICT JUDGE